**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

R. THOMAS CANNARELLA, an individual,

Plaintiff,

vs.

VOLVO CAR USA LLC, a Delaware limited liability company, GREY GLOBAL GROUP INC., a Delaware corporation, THE BIG PICTURE COMPANY, a Delaware corporation, 1ST AVENUE MACHINE USA, INC., a New York corporation, SCPS Unlimited, LLC, a California limited liability company, BOB PARTINGTON, an individual; and DOES 1-10,

Defendants.

CASE NO. 2:16-cv-06195-RSWL-JEM

Hon. Ronald S.W. Lew

**[PROPOSED] ORDER ON MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Complaint Filed: 08/17/16

Hearing Date: November 15, 2016
10:00 a.m.

Trial Date: None Set

On October 11, 2016, Defendants Volvo Car USA, LLC, Grey Global Group, Inc., The Big Picture Company, 1st Avenue Machine USA, Inc., SCPS Unlimited, LLC, and Bob Partington (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and a Memorandum of Points and Authorities in support thereof. The Court, having considered the Motion to Dismiss, Plaintiff's Opposition, Defendants' Reply, any oral argument, and good cause appearing, hereby GRANTS Defendants' Motion to Dismiss.

Therefore, it is ORDERED that Defendants' Motion be GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

DATED: ____________________

____________________________
Hon. Ronald S.W. Lew
United States District Judge